IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN
*******

| | |
|---|---|
| ANDREW BABCOCK, | |
| Plaintiff, | |
| v. | Case No. 3:21-cv-0048 |
| THE TAP AND STILL ST. JOHN, HOOMAN PEDRAM, and CHRISTOPHER BATCHELOR, | |
| Defendants. | JURY TRIAL DEMANDED |

## AGREED MOTION TO CONTINUE STATUS CONFERENCE

COMES NOW Peter J. Lynch, Esq. of Fuller & Lynch Advocacy Group, PLLC, counsel for the Plaintiff Andrew Babcock, and moves this Honorable Court to continue the status conference scheduled for 10:00 am on January 12, 2023, and says:

1. Jeannine Lynch, the elderly mother of undersigned counsel, unfortunately passed away overnight in Massachusetts, and the undersigned is making plans to be with family.

2. A continuance of the status conference in the above-captioned action, set for January 12, 2023, is needed.

3. Counsel have conferred pursuant to LRCi 7.1(f). Opposing counsel Attorney Marinelli does not object to the requested continuance.

*Babcock v. The Tap and Still St. John et al.*
3:21-cv-0048
Motion to Continue Status Conference

<u>Page 2 of 3</u>

WHEREFORE Plaintiff's counsel Peter J. Lynch, Esq. respectfully requests that this Court grant his motion, and continue the January 12, 2023 status conference.

| | |
|---|---|
| January 11, 2023 | Respectfully submitted, |
| | Fuller & Lynch Advocacy Group, PLLC |

<u>*/s/ Peter J. Lynch*</u>
Peter J. Lynch, Esq.
VI Bar No. 1256
PO Box 303300
St. Thomas, VI 00803
(340) 201-3646
(888) 481-4960 fax
pete@flaglawvi.com

*Babcock v. The Tap and Still St. John et al.*
3:21-cv-0048
Motion to Continue Status Conference

<u>Page 3 of 3</u>

## Certificate of Service

      I hereby certify, under penalties of perjury, that on this 11th day of January, 2023, I served a copy of the foregoing on the below-listed counsel via the DC/ECF system:

Bolt Nagi, PC
Adam N. Marinelli, Esq.
Merchants Financial Center
4608 Tutu Park Mall, Suite 202
St. Thomas, VI 00802-1816
Tel: 340.774.2944 Ext. 234
Fax: 340.776.1639
Counsel for Defendants
amarinelli@vilaw.com

                              <u>/s/ Peter J. Lynch</u>