IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN
*******

| | |
|---|---|
| ANDREW BABCOCK, | |
| Plaintiff, | |
| v. | Case No. 3:21-cv-0048 |
| | |
| THE TAP AND STILL ST. JOHN, | |
| HOOMAN PEDRAM, and | |
| CHRISTOPHER BATCHELOR, | |
| Defendants. | JURY TRIAL DEMANDED |

## ORDER

BEFORE THE COURT is the motion of Plaintiff's counsel, Peter J. Lynch, Esq., to continue the status conference set for 10:00 am on January 12, 2022, and having considered the motion and been advised in the premises, it is hereby:

ORDERED that counsel's Motion is Granted; and further,

ORDERED that the status conference previously set for January 12, 2023 is continued until _____ _____ .

_____
Hon. Ruth Miller
U.S. Magistrate Judge
District Court of the
Virgin Islands

ATTEST:
Glenda L. Lake, Esq.
Clerk of Court

*Babcock v. The Tap and Still St. John et al.*
3:21-cv-0048
Order Granting Continuance

<u>Page 2 of 2</u>

By:   _____
        Deputy Clerk