# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN
*******

| | |
|---|---|
| ANDREW BABCOCK | \| |
|                 Plaintiff, | \| |
| v. | \|   Case No. 3:21-cv-0048 |
| | \| |
| HMC, LLC, | \| |
| dba   Tap and Still, St. John | \| |
| HOOMAN PEDRAM, and | \| |
| CHRISTOPHER BATCHELOR, | \| |
|                 Defendants. | \|   JURY TRIAL DEMANDED |

## NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANTS HOOMAN PEDRAM AND CHRISTOPHER BATCHELOR

COMES NOW the Plaintiff Andrew Babcock, by and through undersigned counsel, and hereby, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), voluntarily dismisses his claims in the above-captioned action against the individual Defendants Hooman Pedram and Christopher Batchelor.

February 27, 2023   Respectfully submitted,

            Fuller & Lynch Advocacy Group, PLLC

            *s/ Peter J. Lynch*
            Peter J. Lynch, Esq.
            VI Bar No. 1256
            PO Box 303300
            St. Thomas, VI 00803
            (340) 201-3646
            (888) 481-4960 fax
            pete@flaglawvi.com

*Babcock v. HMC, LLC, dba The Tap and Still St. John, et al.*
3:21-cv-0048
Notice of Voluntary Dismissal as to Defendants Hooman Pedram and Christopher Batchelor

<u>Page 2 of 2</u>

## Certificate of Service

I hereby certify, under penalties of perjury, that on this 27th day of February, 2023, I served a copy of the foregoing on the below-listed counsel via the DC/ECF system:

Adam Marinelli, Esq.

*s/ Peter J. Lynch*