IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION ST. THOMAS AND ST. JOHN

| | |
|---|---|
| ANDREW BABCOCK, ) | |
| ) | CASE NO. 3:21-cv-00048 |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| HMC, LLC, dba THE TAP AND STILL ST. JOHN ) | |
| HOOMAN PEDRAM and CHRISTOPHER ) | |
| BACHELOR, ) | |
| ) | |
| Defendants ) | |
| ) | |

## MEDIATION REPORT

Pursuant to the Court Order for Mediation, a Zoom mediation conference was held on the 21ST day of March 2023.

The following were present:

✓ 1. All Plaintiffs.

✓ 2. Plaintiff's trial counsel.

____ 3. If Plaintiff is not an individual, the representative who appeared had total authority.

✓ 4. All Defendants.

✓ 5. Defendant's trial counsel.

✓ 6. If Defendant is not an individual, the representative who appeared had total authority.

The result of the mediation conference is as follows:

✓ The conflict has been completely resolved. The parties are submitting a Stipulation Agreement and/or Notice of Dismissal.

____ The conflict has been partially resolved. The parties are submitting a stipulation for the Court's approval. Some issues still require Court resolution:

**Mediation Report**
**Page Two**
Andrew Babcock v. HMC, LLC, dba The Tap and Still St. John, Hooman Pedram and Christopher Batchelor
Case No. 3:21-cv-00048

_____   The parties have reached a total impasse, all issues require Court action.

_____   The matter has been recessed for further mediation.

_____   Other:

DATE: March 21, 2023
AMERICAN MEDIATION INSTITUTE

David E. Nichols, Esq.
Mediator
1000 Blackbeard's Hill
St. Thomas, VI 00802
340-777-8109
davidnicholsvi@gmail.com

Distribution:
Peter Lynch, Esq.
Adam Marinelli, Esq