IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| ANDREW BABCOCK, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:21-cv-0048 |
| | ) |
| HMC, LLC, dba Tap and Still, St. John, | ) |
| HOOMAN PEDRAM, and CHRISTOPHER | ) |
| BATCHELOR, | ) |
| | ) |
|       Defendants. | ) |

## ORDER

**THIS MATTER** comes before the Court on Plaintiff's Notice of Voluntary Dismissal dismissing all claims against Defendants Hooman Pedram and Christopher Batchelor. (ECF No. 32.) Also before the Court is the Report of Mediator David Nichols, Esq., indicating that this matter has been completely resolved and that the parties will be submitting a Stipulation Agreement and/or Notice of Dismissal. (ECF No. 35.) After careful consideration and review, it is hereby

**ORDERED** that Plaintiff's Notice of Voluntary Dismissal, which the Court will construe as a motion for voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2), is **GRANTED.** All claims filed against Defendants Hooman Pedram and Christopher Batchelor are **DISMISSED.** It is further

**ORDERED** that the Mediation Report is hereby **ACKNOWLEDGED;** it is further

**ORDERED** that, in light of the Mediator's Report, Defendant's Motion to Dismiss, ECF NO. 4, is **MOOT;** it is further

**ORDERED** that, **no later than April 21, 2023,** the parties shall file a Stipulation of Dismissal; it is further

**ORDERED** that the parties are **ADVISED** that if no action is taken within the deadline stated above, the Court will assume that this matter has been fully resolved and will consider this matter closed.

**Dated:** March 27, 2023 　　　　　　　　　　　　*/s/ Robert A. Molloy*
　　　　　　　　　　　　　　　　　　　　　　　　**ROBERT A. MOLLOY**
　　　　　　　　　　　　　　　　　　　　　　　　**Chief Judge**